UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SI VENTURE HOLDINGS, LLC (also d/b/a SI
VENTURES),

                                    Plaintiff(s),

-against-

CATLIN SPECIALTY INSURANCE COMPANY,

                                  Defendant(s).
---------------------------------------------------------------X

Assigned Document No. ___

**NOTICE OF MOTION**

Civil Case No.
14 Civ. 02261 (TPG)(HBP)

**PLEASE TAKE NOTICE**, that upon the annexed affirmation of SCOTT E. AGULNICK, duly affirmed the 27th day of October, 2014, the Affidavit of Timothy Yantz, together with the exhibits annexed thereto, and upon all the pleadings and proceedings heretofore had herein, the undersigned will move this Court before Hon. Thomas P. Griesa, Courtroom 26B, at the courthouse for the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court, or as soon thereafter as counsel can be heard for an Order, (1) pursuant to Rule 56, granting summary judgment against Defendant CATLIN SPECIALTY INSURANCE COMPANY on the issue of liability, and setting this matter down for inquest to determine Plaintiff's damages; (2) pursuant to Rule 56 dismissing those affirmative defenses relying upon any substantive provisions of the insurance policy; and (3) for such

other and further relief as this Court deems just and proper.

Dated: Great Neck, New York
October 27, 2014

Yours, etc.

GREENBLATT & AGULNICK, P.C.,

By: _____
Scott E. Agulnick (SA1880)
Steven A. Kotchek (SK0815)
Attorneys for Plaintiff
**SI VENTURE HOLDINGS, LLC (also d/b/a SI VENTURES)**
55 Northern Boulevard, Suite 302
Great Neck, New York 11021
(718)352-4800

TO:

**ALL PARTIES VIA ECF**

Patrick M. Tomovic, Esq.
HODGSON RUSS LLP
Attorneys for Defendant
CATLIN SPECIALTY INSURANCE COMPANY
140 Pearl Street, Suite 100
Buffalo, New York 14202

Civil Case No: 14 Civ. 02261 (TPG)(HBP)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SI VENTURE HOLDINGS, LLC (also d/b/a SI VENTURES),

Plaintiff(s),

-against-

CATLIN SPECIALTY INSURANCE COMPANY,

Defendant(s).

**NOTICE OF MOTION**

**GREENBLATT & AGULNICK, P.C.**
*Attorneys for PLAINTIFF(s)*
*Office and Post Office Address, Telephone*
55 Northern Boulevard, Suite 302
Great Neck, New York 11021
Tel:   (718) 352- 4800
Fax:   (718) 732- 2110

**"WE DO NOT ACCEPT SERVICE BY ELECTRONIC TRANSMISSION (FAX)"**

To:
Attorney(s) for DEFENDANT(S)

**Certification pursuant to FRCP 11**
It is hereby certified that, to the best of the undersigned's knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the paper and/or the contentions herein are not frivolous as defined in FRCP 11.

10/27/14

Dated                                        Scott E. Agulnick (SA1880)

Service of a copy of the within                                        is hereby **admitted**

..................................................................................
Attorney(s) for